IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| FRANK ALLAHMENSAH, | : |
| | : |
|    Plaintiff | : |
| | : |
| v. | : Case No.: 8:16-cv-01053-PX |
| | : |
| LAW OFFICE OF PATRICK M. CONNELLY, P.C., | : |
| | : |
|    Defendants | : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, Plaintiff, through counsel, stipulates and requests the Court to dismiss, with prejudice, his Complaint against Defendant Law Office of Patrick M. Connelly, P.C.

Respectfully submitted,

| **LAW OFFICES OF MICHAEL LUPOLOVER, P.C.** | **THE LAW OFFICES OF RONALD S. CANTER, LLC** |
|---|---|
| */s/ Matthew T. Sheffield* | */s/ Matthew W. Fogleman* |
| Matthew T. Sheffield Esq. | Ronald S. Canter, Esquire, #94000 |
| (signed by Matthew W. Fogleman with permission of Matthew T. Sheffield) | Matthew W. Fogleman, Esquire, #07240 |
| 120 Sylvan Avenue, Suite 300 | 200A Monroe Street, Suite 104 |
| Englewood Cliffs, New Jersey 07632 | Rockville, Maryland 20850 |
| 201.461.0059 (telephone) \| 201.608.7116 (facsimile) | 301.424.7490 (telephone) \| 301.424.7470 (facsimile) |
| ms@lupoloverlaw.com (e-mail) | rcanter@roncanterllc.com (e-mail) |
| | mfogleman@roncanterllc.com (e-mail) |
| **Attorney for Plaintiff** | **Attorneys for Defendant** |

APPROVED BY THE COURT, this _____ day of _____, 2017.