IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| FRANK ALLAHMENSAH,<br><br>   Plaintiff<br><br>v.<br><br>LAW OFFICE OF PATRICK M.<br>   CONNELLY, P.C.,<br><br>   Defendants | :<br>:<br>:<br>:<br>:<br>: Case No.: 8:16-cv-01053-PX<br>:<br>:<br>:<br>:<br>: |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiff, through counsel, stipulates and requests the Court to dismiss, with prejudice, his Complaint against Defendant Law Office of Patrick M. Connelly, P.C.

Respectfully submitted,

**LAW OFFICES OF MICHAEL LUPOLOVER, P.C.**      **THE LAW OFFICES OF RONALD S. CANTER, LLC**

/s/ Matthew T. Sheffield  
Matthew T. Sheffield Esq.  
(signed by Matthew W. Fogleman with permission of Matthew T. Sheffield)  
120 Sylvan Avenue, Suite 300  
Englewood Cliffs, New Jersey 07632  
201.461.0059 (telephone) | 201.608.7116 (facsimile)  
ms@lupoverlaw.com (e-mail)  
**Attorney for Plaintiff**

/s/ Matthew W. Fogleman  
Ronald S. Canter, Esquire, #94000  
Matthew W. Fogleman, Esquire, #07240  
200A Monroe Street, Suite 104  
Rockville, Maryland 20850  
301.424.7490 (telephone) | 301.424.7470 (facsimile)  
rcanter@roncanterllc.com (e-mail)  
mfogleman@roncanterllc.com (e-mail)  
**Attorneys for Defendant**

APPROVED BY THE COURT, this 30th day of March, 2017.

Paula Xinis, District Judge